UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
July 8, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00106 JAM |
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| JULIO ADRIAN JIMENEZ SEVILLA, | |
| Defendant. | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  **JULIO ADRIAN JIMENEZ SEVILLA**,

Case No. __2:19-cr-00106 JAM__ Charge __21 USC § 841(a)(1); 18 USC § 922(g)(1)__,

from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

    __X__ Unsecured Appearance Bond $ __50,000 Co-signed by Mayra De Leon and Andrew Long__

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

    __X__ (Other): __Defendant to be released upon defendant's passport surrendered to the Court and appearance bond co-signed and filed. Defendant to be released 9 AM the following morning directly from USM to Pretrial Services. Pretrial release conditions as stated on record in open court.__

Issued at Sacramento, California on July 8, 2019 at 2:00 PM.

By: _____

Magistrate Judge Kendall J. Newman