Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 208
Sacramento, CA   95814

Telephone: (916) 443-1504
Fax: (916) 443-1511
Email: pcozens@aol.com

Attorney for Defendant JULIO SEVILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:19-CR-00106 JAM |
| ) | |
| Plaintiff, ) | STIPULATION TO MODIFY TERMS OF |
| ) | PRE-TRIAL RELEASE PURSUANT |
| v. ) | TO 18 USC 3141 ET SEQ. |
| ) | |
| JULIO ADRIAN JIMENEZ SEVILLA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Vincenza Rabenn, Esq. and Defendant Julio Sevilla through his attorney Philip Cozens, Esq. that:

On July 3, 2019, the Hon. Kendall J. Newman held a bail review hearing as to Julio Adrian Jimenez Sevilla. After considering the Pretrial Service Officer's report and the parties' oral arguments, Judge Newman released Mr. Sevilla on conditions, indicating that the decision was a close call.

Since his release, Mr. Sevilla has been subject to electronic monitoring (curfew) since July 9, 2019 with no violations. He is submitting to drug testing, participating in substance

abuse and mental health counseling, and working full time. He's been compliant with his release conditions.

Pretrial Services Officer Alicia Mirgain has recommended, and the government does not object to, the recommendations set forth below:

Defendant Julio Sevilla's pre-trial release order be modified to delete the following paragraphs:

"12. You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

13. **CURFEW:** You must remain inside your residence every day from 8:00PM to 6:00AM, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations."

All other terms and conditions of Defendant Julio Sevilla's pre-trial release order remain in full force and effect.

It is so stipulated.

Dated: February 5, 2019        /s/ Vincenza Rabenn, Esq._____
                               Vincenza Rabenn, Esq.
                               Assistant United States Attorney
                               Eastern District of California



                               /s/ Philip Cozens_____
                               Philip Cozens
                               Attorney for Defendant
                               Nichols Ramirez

---

STIPULATION TO MODIFY TERMS OF PRE-TRIAL RELEASE   -2-

# ORDER

The court, having read and considered the above-stipulation and finding good cause therefore, orders that Defendant Julio Sevilla's pre-trial release order be modified by deleting existing paragraphs as follows:

"12. You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

13. **CURFEW:** You must remain inside your residence every day from 8:00PM to 6:00AM, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations."

All other terms and conditions of Defendant Julio Sevilla's pre-trial release order remain in full force and effect.

Dated: January 6, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE