1 Philip Cozens, State Bar Number 84051
2 Attorney at Law
3 1007 Seventh Street, Suite 500
4 Sacramento, CA   95814
5
6 Telephone: (916) 443-1504
7 Fax: (916) 443-1511
8 Email: pcozens@aol.com
9
10 Attorney for Defendant Julio Jiminez-Sevilla
11
12
13
14                    IN THE UNITED STATES DISTRICT COURT
15
16              FOR THE EASTERN DISTRICT OF CALIFORNIA
17

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:19-cr-00106 JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION FOR CONTINUANCE |
| | ) | OF STATUS CONFERENCE AND |
| | ) | PROPOSED ORDER |
| v. | ) | |
| | ) | |
| JULIO JIMINEZ-SEVILLA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

30          It is stipulated between the United States Attorney's Office for the Eastern District of

31 California by Assistant United States Attorney Vincenza Rabenn, Esq. and Defendant Julio

32 Jiminez-Sevilla through his attorney Philip Cozens, Esq., that:

33          The Status Conference, currently scheduled for February 2, 2021 at 9:30 a.m. in Judge

34 Mendez's Court, be re-scheduled for April 6, 2021 at 9:30 a.m. in Judge Mendez's Court.  The

35 stipulated continuance is necessary because Defendant Julio Jiminez-Sevilla's attorney requires

36 additional time to review and study a plea agreement received from the Government.

37          Time should be excluded for defense attorney preparation pursuant to Local Code T4

38 and the ends of justice outweigh the Defendant's and the public's interest in a speedy trial.

STIPULATION RE STATUS CONFERENCE AND PROPOSED ORDER          Page 1

1  Time should be excluded from speedy trial calculations from February 2, 2021 through and

2  including April 6, 2021.

3        It is so stipulated.

4  Dated: January 29, 2021                    /s/ Vincenza Rabenn, Esq._____

5                                             Vincenza Rabenn, Esq.

6                                             Assistant United States Attorney

7                                             Eastern District of California

8

9

10                                            /s/ Philip Cozens_____

11                                            Philip Cozens

12                                            Attorney at Law

13                                            Attorney for Defendant Julio Jiminez-Sevilla

14

15

16                          **ORDER**

17        The court, having read and considered the above-stipulation and finding good cause

18  therefore, orders that the Status Conference currently scheduled for February 2, 2021 at 9:30

19  a.m. in Judge Mendez's Court be re-scheduled for April 6, 2021 at 9:30 a.m. in Judge

20  Mendez's Court.  Time is excluded for defense attorney preparation pursuant to Local Code T4

21  and the court finds the ends of justice outweigh the Defendant's and the public's interest in a

22  speedy trial.  Time will be excluded from speedy trial calculations from February 2, 2021

23  through and including April 6, 2021.

24

DATED:  February 1, 2021                    /s/ John A. Mendez

                                            THE HONORABLE JOHN A. MENDEZ

                                            UNITED STATES DISTRICT COURT JUDGE

25