Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 500
Sacramento, CA   95814

Telephone: (916) 443-1504
Fax: (916) 443-1511
Email: pcozens@aol.com

Attorney for Defendant Julio Jiminez-Sevilla

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:19-cr-00106 JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION FOR CONTINUANCE |
| | ) | OF STATUS CONFERENCE AND |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| JULIO JIMINEZ-SEVILLA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Vincenza Rabenn, Esq. and Defendant Julio Jiminez-Sevilla through his attorney Philip Cozens, Esq., that:

The Status Conference, currently scheduled for June 22, 2021 at 9:15 a.m. in Judge Mendez's Court, be re-scheduled for August 3, 2021 at 9:15 a.m. in Judge Mendez's Court. The stipulated continuance is necessary because Defendant Julio Jiminez-Sevilla's attorney requires additional time to review and study a plea agreement received from the Government.

Time should be excluded for defense attorney preparation pursuant to Local Code T4 and the ends of justice outweigh the Defendant's and the public's interest in a speedy trial.

STIPULATION RE STATUS CONFERENCE AND ORDER                                          Page 1

Time should be excluded from speedy trial calculations from June 22, 2021 through and including August 3, 2021.

It is so stipulated.

Dated: June 17, 2021         /s/ Vincenza Rabenn, Esq.
                             Vincenza Rabenn, Esq.
                             Assistant United States Attorney
                             Eastern District of California


                             /s/ Philip Cozens
                             Philip Cozens
                             Attorney at Law
                             Attorney for Defendant Julio Jiminez-Sevilla

**ORDER**

The court, having read and considered the above-stipulation and finding good cause therefore, orders that the Status Conference currently scheduled for June 22, 2021 at 9:15 a.m. in Judge Mendez's Court be re-scheduled for August 3, 2021 at 9:15 a.m. in Judge Mendez's Court. Time is excluded for defense attorney preparation pursuant to Local Code T4 and the court finds the ends of justice outweigh the Defendant's and the public's interest in a speedy trial. Time will be excluded from speedy trial calculations from June 22, 2021 through and including August 3, 2021.


Dated:  June 17, 2021        /s/ John A. Mendez
                             THE HONORABLE JOHN A. MENDEZ
                             UNITED STATES DISTRICT COURT JUDGE