PHILLIP A. TALBERT
United States Attorney
AARON D. PENNEKAMP
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00106-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| JULIO ADRIAN JIMENEZ SEVILLA, | DATE: December 13, 2022 |
| Defendant. | TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a change of plea hearing on December 13, 2022.

2. By this stipulation, defendant now moves to continue the change of plea hearing until February 7, 2023, at 9:00 AM, and to exclude time between December 13, 2022, and February 7, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports and other materials. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. The government has also

tendered a plea offer to the defendant.

        b)      Counsel for defendant desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, to discuss potential resolutions with his client, and to otherwise prepare for trial.  Moreover, counsel for defendant indicates that he has had four trials in state court in recent months, and that—in light of these trial commitments—he needs additional time to consult with an immigration attorney so that he can accurately advise his client about the potential immigration consequences of the present federal litigation.

        c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 13, 2022 to February 7, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interests of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 6, 2022          PHILLIP A. TALBERT
                                  United States Attorney

                                  /s/ AARON D. PENNEKAMP
                                  AARON D. PENNEKAMP
                                  Assistant United States Attorney


Dated:  December 6, 2022          /s/ PHILIP COZENS
                                  PHILIP COZENS
                                  Counsel for Defendant
                                  JULIO ADRIAN JIMENEZ SEVILLA

## ORDER

IT IS SO FOUND AND ORDERED this 6th day of December, 2022

                                  /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  SENIOR UNITED STATES DISTRICT JUDGE