PHILLIP A. TALBERT
United States Attorney
ALEXIS KLEIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JULIO SEVILLA-JIMENEZ,<br><br>Defendant. | CASE NO. 2:19-cr-00106 JAM<br><br>**STIPULATION AND FINDINGS AND ORDER RESETTING JUDGMENT AND SENTENCING AND ASSOCIATED DATES**<br><br>DATE: March 26, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Alexis Klein, and defendant Julio Sevilla-Jimenez, by and through defendant's counsel of record, Philip Cozens, hereby stipulate as follows:

1. By previous order, and this matter was set for judgment and sentencing March 26, 2024.

2. By this stipulation, the defense requests to continue sentencing to July 23, 2024. The defendant and his counsel have not yet met with the assigned probation officer to conduct a presentence interview. Accordingly, the assigned probation officer indicates that additional time is needed to conduct a presentence interview and to prepare a draft pre-sentence report.

3. The government does not object to this continuance but intends to oppose any further extensions of the sentencing hearing date and corresponding pre-sentence report deadlines.

4. Accordingly, the parties, and probation, request the following modified schedule of

associated dates:

| | |
|---|---|
| Judgment and Sentencing Date: | July 23, 2024 |
| Reply, or Statement of Non-Opposition: | July 16, 2024 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | July 09, 2024 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | July 02, 2024 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | June 25, 2024 |
| The draft Presentence Report shall be disclosed to counsel no later than: | June 11, 2024 |

IT IS SO STIPULATED.

Dated:  March 20, 2024                           PHILLIP A. TALBERT
                                                 United States Attorney

                                                 /s/ ALEXIS KLEIN
                                                 ALEXIS KLEIN
                                                 Assistant United States Attorney

Dated:  March 20, 2024                           /s/ PHILIP COZENS
                                                 PHILIP COZENS
                                                 Counsel for Defendant
                                                 JULIO SEVILLA-JIMENEZ

**FINDINGS AND ORDER**

The Court, having received, read, and considered the parties' stipulation, adopts the parties' stipulation in its entirety as its order. The Court **VACATES** the March 26, 2024, judgment and sentence date, and resets the matter as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | **July 23, 2024**, at 09:00 a.m. |
| Reply, or Statement of Non-Opposition: | **July 16, 2024** |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | **July 09, 2024** |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | **July 02, 2024** |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | **June 25, 2024** |
| The draft Presentence Report shall be disclosed to counsel no later than: | **June 11, 2024** |

IT IS SO FOUND AND ORDERED.

Dated: March 21, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE